UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARTHUR PULITZER, ET AL. | CIVIL ACTION |
| VERSUS | NO: 07-9245 |
| FEDERAL INSURANCE COMPANY | SECTION: "J" (2) |

**ORDER**

Before the Court is the parties' **Joint Motion and Order of Dismissal with Prejudice (Rec. Doc. 19).** Accordingly,

**IT IS ORDERED** that the claims of Arthur Pulitzer and Sandra Pulitzer against Federal Insurance Company be and are hereby **DISMISSED**, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana this 9th day of October, 2008.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1